UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALEX AGUAGALLO, § § *Petitioner*, § § v. § § PAMELA BONDI, ATTORNEY § GENERAL; KRISTI NOEM, § SECRETARY, U.S. DEPARTMENT OF § HOMELAND SECURITY; TODD M. § LYONS, ACTING DIRECTOR OF § IMMIGRATION AND CUSTOMS § ENFORCEMENT; DAVID § EASTERWOOD, ACTING § DIRECTOR, ST.PAUL FIELD OFFICE § IMMIGRATION AND CUSTOMS § ENFORCEMENT;  WARDEN OF THE § ERO EL PASO EAST MONTANA; § JOEL GARCIA, FIELD OFFICE § DIRECTOR, EL PASO FIELD § OFFICE, UNITED STATES § IMMIGRATION AND CUSTOMS § ENFORCEMENT; and OSCAR § UGARTE, SHERIFF OF EL PASO § COUNTY, § § *Respondents*. § | No.  3:26-CV-00270-LS |

### ORDER FOR SERVICE

Petitioner Alex Aguagallo challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **February 23, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 3, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**